UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL SORIA SALINAS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.:  3:25-cv-03709-CAB-MMP<br><br>**ORDER DISMISSING CASE** |

Petitioner Miguel Angel Soria Salinas filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, this Court ordered a bond hearing under § 1226(a) and its associated regulations.  [Doc. No. 4.]  Petitioner subsequently received a bond hearing on January 2, 2026.  [Doc. No. 5.]

///

///

///

///

///

1

Petitioner has received the relief his Petition requested and so the Court **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  February 24, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-03709-CAB-MMP